## File Hashes for IP Address 71.238.60.73

**ISP:** Comcast Cable
**Physical Location:** Detroit, MI

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 08/18/2014 17:41:06 | AE0A6BB64F202B84FF197083E06F3A7E72951983 | A Dream Of You |
| 08/09/2014 12:09:46 | 874A2891B4C21EDF0EF1C4DFA7AB0FC082648EC5 | Any And All For You |
| 08/08/2014 19:28:20 | 089330FBBDFB58C26188A2DD5DDB5F9106CBB73C | In the Blind |
| 07/13/2014 15:19:56 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 07/12/2014 20:55:20 | 02744D186E0956E552C9AD10D76F915C46AA2D0C | Chloe Loves Carl Part 2 |
| 06/30/2014 11:48:46 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/30/2014 09:25:37 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 06/30/2014 08:46:58 | 17E9C7AAB73C2845D20844533DD246E8A8A81F03 | From Three to Four Part 2 |
| 06/30/2014 03:29:36 | 309EEA52C9625E8912CF8BA075FF411098281DA3 | Drinks For Two |
| 06/15/2014 11:47:36 | BE8C24E5306BD4C706C60ADD1130FD78B9970E83 | Tantric Massage |
| 06/15/2014 11:06:54 | 9B2D98987560366CA5F58EC444BC76A49A868BA1 | Meet My Lover From Austria |
| 06/14/2014 19:18:55 | 676D3A4A4F169A41FB7097F347320A6574E601D3 | Dancing Romance |
| 06/14/2014 18:23:28 | F30DFC38D86832C2252633A6967287C5ED4F1F53 | A Thought of You Part 2 |
| 06/14/2014 18:23:12 | 84ABF3B1B881BF16E463DEE19669223AB87B562F | Sex With Glasses |
| 06/14/2014 16:46:18 | 52547B96DD0BDFB178E1718D81B159D10A5800C1 | Two By Two |
| 04/19/2014 21:37:46 | 65A94886F80F754C8920E2B13DE0DA0B59DD9BD8 | Rendezvous |
| 04/19/2014 20:31:23 | 0A9495760C51B2EA408ADC90C8A41AC17F67A425 | Catching Up |
| 04/19/2014 20:11:16 | E3D0ECD62AC239734AF56342913472D0757B4E64 | Not Alone |
| 04/19/2014 18:46:52 | FA08E3AC90584CAFB74CD2224EE605992C36104E | Insanely Gorgeous |
| 04/08/2014 01:25:27 | 03B6D940AFE31155B1A7D98CF7C4252C0FAC86E0 | Russian Connection |
| 04/06/2014 22:42:53 | BE8D1D6FC734C53D97F77FDE5769D86B2DE01DCF | Floating Emotions |
| 03/08/2014 21:13:01 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/08/2014 14:27:24 | 6FA026E04036D9CE7F757AFA7144293DA88B4571 | I Am In the Mood |
| 03/08/2014 14:23:48 | 6C3CA4F93DC64C8A1EAF8DB79ECCC1EAD1634177 | Making Music |
| 02/01/2014 21:44:09 | 0C6F9543794ABF412665C0D62D8F28937D07DB63 | A Hot Number |
| 01/29/2014 11:54:48 | 8E13B1D31DA1BAF795D7DB2A31ABDB02F70B745A | In for the Night |
| 01/29/2014 05:41:09 | 5320BFD3FB93A574ACF86561A72115E9AD79320C | I Can Not Wait |
| 01/29/2014 05:35:26 | 2DD8681E585A4C365B2BC5C1FDF5D642B1A3CABF | So Young |
| 01/29/2014 05:14:31 | 5FFD111B645C6FBB09011561D4429404574D008C | Mile High Club |
| 01/29/2014 05:11:10 | 44157A57E175E2BBF0290513B7355E4617CB4BBB | Season of Love |
| 12/30/2013 05:44:29 | 999AB8996B35673D65C5C7BCBB92247155EABCB3 | A Christmas Story |
| 12/30/2013 02:22:58 | E4BE8E720C61D26AD1C4D01C44CEEFA77DF24D92 | Apertif Our Style |
| 12/30/2013 01:09:32 | 4A79310C04ED7411A631179FA244486D168CACF9 | Model Couple on Vacation |
| 12/29/2013 19:16:26 | 63F6690982249BA9B11FF0EFC6679C75B0E1433D | Ready for Love |
| 12/29/2013 19:11:06 | EA9871DB824159E8431575BE1EF3965DD0C6D0C6 | Good Night Kiss |
| 12/29/2013 16:21:45 | D5870D4CA6BE07B2CAB96B895FD5A99FC6D08C2C | LA Plans |
| 12/19/2013 23:50:15 | 52C430D702F6DD1E88F6E19CB42F671F050C5A05 | Arrest Me |
| 12/14/2013 22:08:18 | A9077805A66929F98F4622D28940C637651671B7 | High School Dropouts |
| 12/14/2013 21:58:21 | 4D48C50B8394CD2C150BAA1E1666D242CE487F52 | Tease and Please |

**Total Statutory Claims Against Defendant: 39**

EXHIBIT A

NEMI178