**Copyrights-In-Suit for IP Address 71.238.60.73**

**ISP:** Comcast Cable
**Location:** Detroit, MI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Christmas Story | PA0001874527 | 12/24/2013 | 12/30/2013 | 12/30/2013 |
| A Dream Of You | PA0001909516 | 08/15/2014 | 08/26/2014 | 08/18/2014 |
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/01/2014 |
| A Thought of You Part 2 | PA0001895665 | 05/13/2014 | 05/16/2014 | 06/14/2014 |
| Any And All For You | PA0001908677 | 08/02/2014 | 08/11/2014 | 08/09/2014 |
| Apertif Our Style | PA0001874522 | 12/23/2013 | 12/30/2013 | 12/30/2013 |
| Arrest Me | PA0001871941 | 11/25/2013 | 11/29/2013 | 12/19/2013 |
| Catching Up | PA0001889391 | 04/13/2014 | 04/15/2014 | 04/19/2014 |
| Chloe Loves Carl Part 2 | PA0001906561 | 07/05/2014 | 07/14/2014 | 07/12/2014 |
| Cut Once More Please | PA0001905491 | 07/01/2014 | 07/02/2014 | 07/13/2014 |
| Dancing Romance | PA0001903915 | 06/07/2014 | 06/12/2014 | 06/14/2014 |
| Drinks For Two | PA0001905512 | 06/25/2014 | 07/02/2014 | 06/30/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/06/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/30/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/29/2013 |
| High School Dropouts | PA0001871934 | 11/21/2013 | 11/29/2013 | 12/14/2013 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 03/08/2014 |
| I Can Not Wait | PA0001877473 | 01/27/2014 | 01/31/2014 | 01/29/2014 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/29/2014 |
| In the Blind | PA0001909487 | 08/08/2014 | 08/20/2014 | 08/08/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 04/19/2014 |

EXHIBIT B

NEMI178

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Just the Three of Us | PA0001880670 | 02/21/2014 | 02/27/2014 | 03/08/2014 |
| LA Plans | PA0001869248 | 11/19/2013 | 11/22/2013 | 12/29/2013 |
| Lovers Way | PA0001905141 | 06/21/2014 | 07/02/2014 | 06/30/2014 |
| Making Music | PA0001883769 | 03/07/2014 | 03/22/2014 | 03/08/2014 |
| Meet My Lover From Austria | PA0001898094 | 05/17/2014 | 06/06/2014 | 06/15/2014 |
| Mile High Club | PA0001877249 | 01/16/2014 | 01/26/2014 | 01/29/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/30/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/19/2014 |
| Ready for Love | PA0001872968 | 12/05/2013 | 12/07/2013 | 12/29/2013 |
| Rendezvous | PA0001889397 | 04/12/2014 | 04/15/2014 | 04/19/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/08/2014 |
| Season of Love | PA0001877252 | 01/18/2014 | 01/26/2014 | 01/29/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/14/2014 |
| Sexy In The City | PA0001905511 | 06/27/2014 | 07/02/2014 | 06/30/2014 |
| So Young | PA0001877472 | 01/25/2014 | 01/31/2014 | 01/29/2014 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 06/15/2014 |
| Tease and Please | PA0001871937 | 11/23/2013 | 11/29/2013 | 12/14/2013 |
| Two By Two | PA0001898093 | 05/23/2014 | 06/06/2014 | 06/14/2014 |

**Total Malibu Media, LLC Copyrights Infringed:  39**

EXHIBIT B

NEMI178