# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

MALIBU MEDIA, LLC,

    Plaintiff,

v.                                                    Civil Action No. 4:14-cv-14248-TGB-DRG

JOHN DOE, subscriber assigned IP address 71.238.60.73,

    Defendant.
_____/

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE

**PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant"). Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action <u>with prejudice</u>. John Doe was assigned the IP address 71.238.60.73. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: February 6, 2015

                                            Respectfully submitted,

                                            By:    /s/ *Paul J. Nicoletti*
                                            Paul J. Nicoletti
                                            pauljnicoletti@gmail.com
                                            NICOLETTI LAW, PLC
                                            33717 Woodward Avenue, Suite #433
                                            Birmingham, Michigan 48009
                                            Phone: (248) 203-7800
                                            *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 6, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                    By: _/s/ *Paul J. Nicoletti*_____
                                    Paul J. Nicoletti